**Order entered September 10, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00479-CV

### IN THE INTEREST OF V.J.M. AND C.M.M., CHILDREN

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-17-20931**

## ORDER

The reporter's record in this appeal is overdue. As our records reflect appellant requested preparation of the reporter's record on May 6, 2019, we **ORDER** court reporter Glenda Finkley to file the reporter's record no later than September 30, 2019. We caution that extension requests will be disfavored absent exigent circumstances.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Finkley and the parties.

/s/  BILL WHITEHILL
   JUSTICE